# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Acosta, | No. CV-16-04587-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | |
| USA, | |
| Respondent. | |

Pending before the Court are Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Docs. 6, 18. The R&R recommends that the Court deny the Motion. Doc. 18 at 1. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]).

The parties did not file objections[1], which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

---

[1] Although Petitioner has filed a Motion for Continuance (Doc. 22) and various other motions, the Court finds that in light of the Magistrate Judge's R&R it is futile to extend the time to respond and finds the motions all moot.

| | |
|---|---|
| 1 | not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must |
| 2 | determine de novo any part of the magistrate judge's disposition that has been properly |
| 3 | objected to."). The Court will accept the R&R and deny the Motion. *See* 28 U.S.C. |
| 4 | § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in |
| 5 | part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) |
| 6 | ("The district judge may accept, reject, or modify the recommended disposition; receive |
| 7 | further evidence; or return the matter to the magistrate judge with instructions."). |

**IT IS ORDERED:**

1. Magistrate Judge Duncan's R&R (Doc.13) is **ACCEPTED**.

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 is **DENIED**.

3. The Clerk of Court shall **TERMINATE** this action, including the pending Motion to Amend (Doc. 19), Motion for Appointment of Counsel (Doc. 21), Motion for Continuance (Doc. 22), and Motion for Status (Doc. 23), as being moot.

4. Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, in the event Movant files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 2nd day of April, 2018.

_____
Honorable G. Murray Snow
United States District Judge